Dismissed and Memorandum Opinion filed March 1, 2007








Dismissed
and Memorandum Opinion filed March 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00113-CV

____________

 

X-RAY X-PRESS CORPORATION,
Appellant

 

V.

 

ROBERT P. MARKETTE, JR., and
GILLILAND & CAUDILL, L.L.P., Appellees

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2006-07709

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an appealable interlocutory order signed November 13, 2006.  On
February 15, 2007, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
1, 2007.

Panel consists of Justices Yates, Anderson, and Hudson.